

*Member Multiple Listing Service*

❑ **KENWOOD OFFICE**
7658 Montgomery Road
Cincinnati, Ohio 45236
(513) 791-0281
Fax: (513) 791-0286

Eric W. Goering.
Goering & Goering
220 W. Third Street
Cincinnati, Ohio 45202

Re: Deborah Williams Real Estate Broker's Price Opinion

Dear Mr. Goering

As you requested, I have personally examined the Brick Two Story Two Family Residence located at 1757 Berkley Ave Cincinnati, Ohio 45237 for the purpose of reporting to you my opinion the market value of this property as of October 25, 2017.

This is not a self-contained appraisal report. It is considered a Brokers Price Opinion Report and is intended to be used only by the client for which it is written and subject to the enclosed limiting conditions. Data and calculations necessary for a full understanding of the Brokers Price Opinion are maintained in the broker's files.

My opinion is based upon, but not necessarily limited to the following:

(A) A physical inspection of the property.

(B) A consideration of the condition of a required sale.

(C) A study and analysis of recent sales and current offerings of properties that are Similar to the subject.

Based on this examination and study thereof, In my opinion I estimate the market value of this property as of the above date to be:

Sixty Thousand Dollars

($60,000.00)

I have attached a brief description of the subject property.

Respectfully Submitted,

Jeffrey E. Jordan CRS

E-mail: jordan@one.net
www.jordan-realtors.com


REALTOR®

**Subject Property**

**PROPERTY ADDRESS**            1757 Berkley Ave
                                Cincinnati, Ohio 45237

**OWNER (S)**                   Deborah Williams

**PROPERTY IDENTIFICATION**     Auditors parcel - 131-0007-0156
                                LOR 177 AVALON 2ND SUB

**LOT SIZE**                    .155 Acres

**DESCRIPTION OF IMPROVEMENTS** Construction – Brick Two Story Two Family
                                Residence

                                Rooms – 2 Living Room, 2 Dining Rooms, 2 Kitchens
                                4 Bedrooms, 2 Studys, 2 Baths
                                Basement – Full,Unfinished
                                HVAC – 1 Gas Forced Air and 1 Hot water Boiler with Window A/C Units
                                Garage - None
                                Built in - 1930

**CONDITION OF IMPROVEMENTS**

                                The interior is in average condition with some deferred maintenance

                                The exterior is in average condition with some deferred maintenance

Comments

## CONTINGENT CONDITIONS & UNDERLYING ASSUMPTIONS

This report is submitted subject to the following contingent conditions:

That no survey of the property has been made by the Real Estate Broker and that no liability is assumed for matters of a legal character affecting the property such as title defects, overlapping boundaries, encroachments, etc.

Information furnished by others or gotten from public records is believed to be reliable but no guarantee is made, nor liability assumed for inaccuracies or errors furnished by others.

This report, or any parts thereof, may not be reproduced in any form without permission of the Real Estate Broker.

Courtroom or other legal testimony shall not be required as a result of this report.

The Real Estate Broker assumes:

That there are no encumbrances or defects to title other than those mentioned in this report.

That there are no adverse environmental conditions of the property. The Real Estate Broker has no expertise in the detection of environmental hazardous conditions. Soil conditions are assumed adequate to support normal construction.

I, the undersigned, do hereby certify that to the best of my knowledge and belief the statements contained in this report, upon which the analysis, opinions and conclusions expressed therein are based, are true and correct. In additions, I certify that I am a disinterested and unbiased third party with no interest in the subject property and that my compensation is not on a contingent fee basis.

Non public information regarding this report is not shared with non-affiliated third parties without specific permission of the client.

Jeffrey L. Jordan
Real Estate Broker
Ohio License #344165



Listings as of 10/29/2017 at 11:28AM  Page 1

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sold | 01/03/17 Contingency Pending | CD 02/28/17 | DOM 18/18 | SO EURI01 | OTHR | S/L% 100.00 | SP$ 64,900 |

M1520245p+  E02BH  1714 Greenview Pl  Unit#  Subu Bond Hill  LP$ 64,900
City/Munici Cincinnati  Cnty Hamilton  State OH  Zip 45237  OP$ 64,900
Subd  Twp

|  | Duplex | | Total Units 2 | Total Bldgs 1 |
|---|---|---|---|---|

|  | Eff | 1Bed | 2Bed | 3+Bed |
|---|---|---|---|---|
| # of Units | | | 2 | |
| Avg Rent $ | | | | |
| Est Sq Ft | | | | |

**2, 3 or 4 Units- ACTUAL**

|  | Rms | Bed | Baths | Rent |
|---|---|---|---|---|
| Unit #1 | 5 | 2 | 1-0 | |
| Unit #2 | 5 | 2 | 1-0 | |
| Unit #3 | | | | |
| Unit #4 | | | | |

Reading Rd to Greenview
**Cross Street**

| Open House | | Separate Gas & Ele | N | Heat Paid | Tenant |
|---|---|---|---|---|---|
| Date | Time | Separate Furnace | Y | Water Pd | Owner |
| | | Separate Air Cond | Y | | |

TaxID  119-0002-0494-00  Other
Spec Fin  No
Appliances Include  Auction  No
Lease Info  Realist2 SqFt  Bldg 2340  2nd Flr 1170  Bsmt 1170  Lot 6490.00

**Marketing Remarks**
Top and Bottom 2 Unit each with 2 bedrooms & full bath. Separate Heat and Hot Water. Freddie Mac 1st Look first 20 days.

**Agent Remarks**
New water heaters. Please fax all offers w/prequal / POF to (513) 297-4395. Go to Homesteps.com for more info.  Freddie Mac 1st Look first 20 days.

**Features** | | **Realist2 Tax Information for Tax ID# 119-0002-0494-00**

| Type | Duplex | School | Cincinnati City SD | | |
|---|---|---|---|---|---|
| Levels | Two | District | Call SD 513-363-0000 | | **1714 GREENVIEW PL** |
| Const | Brick,Aluminum | Occupy | At Closing | Owner Name | COOK LASHAWN |
| Found | Poured | Asmnt | Of Record | | |
| Roof | Shingle | Sa-Tax | 1135 | Legal Descrip | 1714 GREENVIEW PL 50 X 127.94 IRR LOT 15 PT |
| Windows | Wood | Realist2 Census Tract | 63.00 | Tax Year | 2016 | Bldg SqFt | 2340 |
| Heating | Gas,Forced Air | | | Annual Taxes | 2540.38 | Bsmt SqFt | 1170 |
| Cooling | Central Air | **Current Annual Income & Expenses** | | Land Asmnt | 16500 | Lot Area | 0.149 |
| Lot | 50x128 | | | Improved Asmnt | 79450 | Lot Frontage | 50 |
| Acreage | 0.1500 | Gross Inc | $ | Total Asmnt | 95950 | Lot Depth | 127.94 |
| EQD | | Vacancy | $ | % Improved | 82.80% | Year Built | 1941 |
| Transp | Near | Annual Tax | $ | Asmnt Year | 2016 | Township | CINCINNATI |
| Bsmt | Full | Insurance | $ | Last Sale Date | 1996-09-19 | Census Tract | 0063.00 |
| Garage | 2 Attached | Gas/Elec | $ | Last Sale Price | 60000 | | |
| Parking | Off Street | Wat/Sewer | $ | Document | 792152 | | |
| Parking | Spaces | Waste Rem | $ | Deed Type | GRANT DEED | | |
| Firepl | 2 Wood | Maintenance | $ | | | | |
| Gas | Natural | Other | $ | | | | |
| Water | Public | | | | | | |
| Sewer | Public | Net OpInc | $ | | | | |

**This Listing is Sold**

Use Sched Show Link  Appointment Center: (513) 979-2600
LO  COMY07  Comey & Shepherd  513-777-2333  FAX 513-297-4395  ER  Lmtd Srvc No
LAgt  449966  Donald E Reis  513-777-2333  don@donreis.com  Sub 2.5%  Buy 0%
 Internet Y  Agt Hits  Pub Hits
Property Owner  Lender
List Date 12/16/16  Exp Date  Est Close Date 02/17/17  Occ/Owner  Homesteps
SO  EURI01  Eurie Realty  513-271-0990  Seller Pd Clo Costs  Short Sale  No
Selling A  439911  Steven D Alexander  513-271-0990  $ Amount or %  3rd Party Approval Req  No




*Information has not been verified, is not guaranteed and subject to change.*
*Copyright ©2017 MLS of Greater Cincinnati, Inc. All Rights Reserved.*

Listings as of 10/29/2017 at 11:28AM | Page-2
| | |
|---|---|
| Sold 01/13/17 | CD 02/13/17 DOM 177/177 SO ADVS01 CONV S/L% 82.80 SP$ 65,000 |
| M1502433p+ E02BH 5105 Lillian Dr | Unit# Subu Bond Hill LP$ 78,500 |
| City/Munici Cincinnati Cnty Hamilton | State OH Zip 45237 OP$ 78,500 |
| Subd Twp | |

| Duplex | | Total Units 2 | Total Bldgs 1 |
|---|---|---|---|

| | Eff | 1Bed | 2Bed | 3+Bed |
|---|---|---|---|---|
| # of Units | | | 2 | |
| Avg Rent $ | | | | |
| Est Sq Ft | | | | |

2, 3 or 4 Units - ACTUAL
| | Rms | Bed | Baths | Rent |
|---|---|---|---|---|
| Unit #1 | 5 | 2 | 1-0 | |
| Unit #2 | 5 | 2 | 1-0 | |
| Unit #3 | | | | |
| Unit #4 | | | | |

Reading Rd To Dale Rd Turn Left On Lillian Dr.
Cross Street Portman

| Open House | | Separate Gas & Ele | Y | Heat Paid | Owner |
|---|---|---|---|---|---|
| Date | Time | Separate Furnace | N | Water Pd | Owner |
| | | Separate Air Cond | Y | | |

TaxID 119-0A02-0207-00 Other
Spec Fin No
Appliances Include Auction No
Lease Info Realist2 SqFt Bldg 2014 2nd Flr 1007 Bsmt 1143 Lot 4095.00

**Marketing Remarks**
Beautiful Brick Two Family Home On Gas Light Street. Well Maintained, Two Bedroom Each Unit. Dining Rooms. Full Basement With Laundry. Built In Garage. Great Opportunity For Owner-Occupant/Tenant Or Owner Occupant-In-Law-Or Two Tenants, New Roof was installed in 2008. 2 New Water Tanks and New Furnance installed 2016.

**Agent Remarks**
24 Hour Notice Prior To Showing. Please Enter and Exit Home Thru First Floor Unit Only. Call Agent 513-910-5279 James Wilks. Agent is relative of Seller. Owner would consider assisting with buyer closing cost.

| Features | | | Realist2 Tax Information for Tax ID# 119-0A02-0207-00 | |
|---|---|---|---|---|
| Type Duplex | School Cincinnati City SD | | | |
| Levels Two | District Call SD 513-363-0000 | | 5105 LILLIAN DR | |
| Const Brick | Occupy 30 Days | Owner Name | YMD PROPERTIES LLC | |
| Found Poured | Asmnt Of Record | | | |
| Roof Shingle | Sa-Tax Of Record | Legal Descrip | 5105 LILLIAN DR 40 X 102 LOT 47 SHERIDAN PAR | |
| Windows Aluminum | Realist2 Census Tract 63.00 | Tax Year | 2016 | Bldg SqFt 2014 |
| Heating Gas,Forced Air | **Current** | Annual Taxes | 1663.61 | Bsmt SqFt 1143 |
| Cooling Window Unit | **Annual Income & Expenses** | Land Asmnt | 13100 | Lot Area 0.094 |
| Lot 40 X 102 | | Improved Asmnt | 50920 | Lot Frontage 40 |
| Acreage | Gross Inc $ | Total Asmnt | 64020 | Lot Depth 102 |
| EQD | Vacancy $ | % Improved | 79.54% | Year Built 1942 |
| Transp metro | Annual Tax $ | Asmnt Year | 2016 | Township CINCINNATI |
| Bsmt Full | Insurance $ | Last Sale Date | 2017-02-13 | Census Tract 0063.00 |
| Garage 2,Attached,Built in,Front | Gas/Elec $ | Last Sale Price | 65000 | |
| Parking Garage,Off Street,Driveway | Wat/Sewer $ | Document | 13359-832 | |
| | Waste Rem $ | Deed Type | WARRANTY DE | |
| Parking 2 Spaces | Maintenance $ | | | |
| Firepl None | Other $ | | | |
| Gas Natural | | | | |
| Water Public | Net OpInc $ | | | |
| Sewer Public | | | | |

**This Listing is Sold**
| Call Listing Agent | Electronic Lockbox | 24 hour notice to show | | |
|---|---|---|---|---|
| LO OWNE03 OwnerLand Realty, Inc. | 513-889-3304 | FAX 866-649-6324 | ER | Lmtd Srvc No |
| LAgt 423904 James T Wilks | 513-910-5279 | jwilks20@gmail.com | Sub 3% | Buy 0% |
| | | Internet Y | Agt Hits | Pub Hits |
| | | Property Owner Consumer | | |
| List Date 07/10/16 Exp Date | Est Close Date 02/24/17 | Occ/Owner | | |
| SO ADVS01 Keller Williams Advisors Realty | 513-766-9200 | Seller Pd Clo Costs No | Short Sale | No |
| Selling A 438817 Carolyn W Keil | 513-520-6566 | $ Amount or % | 3rd Party Approval Req | No |



Information has not been verified, is not guaranteed and subject to change.
Copyright ©2017 MLS of Greater Cincinnati, Inc. All Rights Reserved.

Listings as of 10/29/2017 at 11:28AM — Page 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sold | 06/17/17 Accept Backup Offers | CD 07/31/17 | DOM 6/6 | SO SHEL22 | CONV | S/L% 93.67 | SP$ | 74,000 |
| M1541689p+vt E02BH | 1830 Lawn Ave | | Unit# | Subu Bond Hill | | | LP$ | 79,000 |
| City/Munici Cincinnati | Cnty Hamilton | | State OH | Zip 45237 | | | OP$ | 79,000 |
| Subd | Twp | | | | | | | |

Duplex    Total Units 2    Total Bldgs 1

| | Eff | 1Bed | 2Bed | 3+Bed |
|---|---|---|---|---|
| # of Units | | 2 | | |
| Avg Rent $ | | 575 | | |
| Est Sq Ft | | 720 | | |

2, 3 or 4 Units - ACTUAL

| | Rms | Bed | Baths | Rent |
|---|---|---|---|---|
| Unit #1 | 3 | 1 | 1-0 | 565 |
| Unit #2 | 3 | 1 | 1-0 | 585 |
| Unit #3 | | | | |
| Unit #4 | | | | |

Langdon Farm Rt to Rhode Island then to Lawn
**Cross Street**

| | | | |
|---|---|---|---|
| **Open House** | | Separate Gas & Ele | Y   Heat Paid   Tenant |
| Date    Time | | Separate Furnace | Y   Water Pd   Owner |
| | | Separate Air Cond | Y |

TaxID 131-0007-0310-00    Other
Spec Fin No    Auction No
Appliances Include oven/range, refrig, dishwasher, microwave
Lease Info currently unoccupied    Realist2 SqFt Bldg 1440   2nd Flr 720   Bsmt 720   Lot 3659.00

**Marketing Remarks**
What a great opportunity to own your own home and have someone else pay your mortgage! Check out this awesome 2 family w/a 1br unit on each floor! Beautiful original wood details throughout, hardwoods & newer carpets, french doors, updated kitchens & baths, fresh paint, balcony & porch, driveway for parking, & great fenced in yard! Tour it today

**Agent Remarks**
Room sizes are approx - washer & dryer are excluded -

**Features**

| | | | | Realist2 Tax Information for Tax ID# 131-0007-0310-00 | |
|---|---|---|---|---|---|
| Type | Duplex | School | Cincinnati City SD | | |
| Levels | Two | District | Call SD 513-363-0000 | **1830 LAWN AVE** | |
| Const | Wood | Occupy | Negotiable | Owner Name | GREENWALD RYAN P |
| Found | Poured | Asmnt | Of Record | | |
| Roof | Shingle | Sa-Tax | Of Record | Legal Descrip | 1830 LAWN AVE 42 X 85 LOT 18 LAWN SUB |
| Windows | Vinyl | Realist2 Census Tract | 63.00 | Tax Year | 2016    Bldg SqFt 1440 |
| Heating | Gas | **Current** | | Annual Taxes | 895.7    Bsmt SqFt 720 |
| Cooling | Central Air | **Annual Income & Expenses** | | Land Asmnt | 12260    Lot Area 0.084 |
| Lot | 42x85 | | | Improved Asmnt | 21400    Lot Frontage 42 |
| Acreage | 0.0840 | Gross Inc | $ | Total Asmnt | 33660    Lot Depth 85 |
| EQD | | Vacancy | $ | % Improved | 63.58%    Year Built 1929 |
| Transp | | Annual Tax | $ | Asmnt Year | 2016    Township CINCINNATI |
| Bsmt | Full | Insurance | $ | Last Sale Date | 2017-07-20    Census Tract 0063.00 |
| Garage | None | Gas/Elec | $ | Last Sale Price | 74000 |
| Parking | Driveway | Wat/Sewer | $ | Document | 13472-1232 |
| Parking | 2 Spaces | Waste Rem | $ | Deed Type | WARRANTY DE |
| Firepl | None | Maintenance | $ | | |
| Gas | Natural | Other | $ | | |
| Water | Public | Net OpInc | $ | | |
| Sewer | Public | | | | |

**This Listing Is Sold**

| | | | | | | |
|---|---|---|---|---|---|---|
| Use Sched Show Link | | | | CALL 800-746-9464 | | |
| LO | COLD15 Coldwell Banker West Shell | 513-777-7900 | FAX | | ER | Lmtd Srvc No |
| LAgt | 271024 Lisa S Morales | 513-218-0687 | lisa.morales@cbws.com | | Sub 3% | Buy 0% |
| | | | Internet Y | Agt Hits | Pub Hits | |
| | | | Property Owner Consumer | | | |
| List Date 06/11/17 | Exp Date | Est Close Date 07/31/17 | Occ/Owner | | | |
| SO | SHEL22 Coldwell Banker West Shell | 513-686-7677 | Seller Pd Clo Costs | | Short Sale | No |
| Selling A 261330 William Draznik | | 513-616-0409 | $ Amount or % | | 3rd Party Approval Req | No |

 

*Information has not been verified, is not guaranteed and subject to change.*
*Copyright ©2017 MLS of Greater Cincinnati, Inc. All Rights Reserved.*