UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-12464 |
| | | CHAPTER 13 |
| DEBORAH A WILLIAMS | | |
| | : | JUDGE:  JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | CHAPTER 13 TRUSTEE'S |
| | | OBJECTION TO LATE FILED CLAIM |

Now comes the Chapter 13 Trustee, Margaret A. Burks, and objects to the claim filed by the creditor, FEDERAL NATIONAL MORTGAGE ASSOCIATION % SETERUS, INC. (claim no. 17), listed below as a late filed claim. The deadline for filing governmental claims was January 01, 2018 and the deadline for all other filed claims was November 27, 2017.  The claim was filed on March 16, 2018.

Pursuant to Fed. R. Bankr. P. 3002(c) for cases filed prior to December 1, 2017, a proof of claim shall be filed within 90 days after the first date set for the meeting of creditors, except that a claim of a governmental unit shall be timely filed if filed within 180 days after the date of the order for relief.

The Trustee respectfully requests that this claim be disallowed.

Respectfully submitted:

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection to Late Filed Claim and Notice was served  (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and  (ii) by **ordinary U.S. Mail** on March 29, 2018 addressed to:

DEBORAH A WILLIAMS, 248 BAXTER AVENUE, CINCINNATI, OH  45220

MANLEY, DEAS & KOCHALSKI, P.O. BOX 165028, COLUMBUS, OH  43216-5028

FEDERAL NATIONAL MORTGAGE ASSOCIATION, % SETERUS, INC., P.O. BOX 1047, HARTFORD, CT  06143

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.

Objection to Late Filed Claim

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                    :      CASE NO. 17-12464
                                                 CHAPTER 13
DEBORAH A WILLIAMS
                                          :      JUDGE:  JEFFERY P. HOPKINS

        DEBTOR

NOTICE OF OBJECTION TO CLAIM

        The Chapter 13 Trustee, Margaret A. Burks, has filed an objection to your claim in this
bankruptcy case.

        YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.  You should read these
papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If
you do not have an attorney, you may wish to consult one.

        If you do not want the Court to reduce, modify eliminate your claim, then on or before thirty
(30) days from the date set forth in the certificate of service for the objection to claim, you must file
with the Court a response explaining your position by mailing your response by regular U.S. Mail
to:

        UNITED STATES BANKRUPTCY COURT
        ATRIUM II, SUITE 800
        221 EAST FOURTH STREET
        CINCINNATI, OHIO  45202

        OR your attorney must file a response using the Court's ECF System.

        The Court must receive your response on or before the above date.

        You must also send a copy of your response either by 1) the Court's ECF System or
by 2) regular U.S. Mail to:

Debtor(s) Attorney:                          OFFICE OF THE U.S. TRUSTEE
GOERING & GOERING                            36 EAST SEVENTH STREET, SUITE 2030
220 WEST 3RD STREET                          CINCINNATI, OHIO 45202
CINCINNATI, OH  45202


                                             MARGARET A. BURKS, TRUSTEE
Debtor(s):                                   600 VINE STREET, SUITE 2200
DEBORAH A WILLIAMS                            CINCINNATI, OHIO 45202
248 BAXTER AVENUE
CINCINNATI, OH  45220

Objection to Late Filed Claim

If you or your attorney do not take these steps, the Court may decide you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim without further notice or hearing.

Date: March 29, 2018

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.