UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
DEBORAH A WILLIAMS
248 BAXTER AVENUE
CINCINNATI, OH  45220

CASE NO. 17-12464
CHAPTER 13
JUDGE JEFFERY P. HOPKINS

    Debtor

NOTICE OF INTENTION TO PAY CLAIM OF FEDERAL NATIONAL MORTGAGE ASSOCIATION

The Chapter 13 Trustee, Margaret A Burks, hereby gives notice of her intent to pay the claim of creditor named in the amounts set forth below, pursuant to 11 U.S.C. Section 502 and Federal Rule of Bankruptcy Procedure 3002.

Comes now the Chapter 13 Trustee, Margaret A. Burks, and file this Notice of Intention to claim of FEDERAL NATIONAL MORTGAGE ASSOCIATION for Court Claim no 17.

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>% SETERUS, INC.<br>P.O. BOX 1047<br>HARTFORD, CT  06143 | 100.00 | $60,000.00 | (2018) PAID IN FULL MORTGAGE<br>CLM#:  0001<br>ACCT: 4139 |
|  | 2.00 | $70,822.00 | UNSECURED<br>CLM# 10001<br>ACCT: 4139 |

PAGE 2 - CHAPTER 13 CASE NO. 17-12464

Fed.R.Bankr.P 3002(a) provides as follows:
(a) Necessity of Filing. A secured creditor, unsecured creditor, or equity security holder must file a proof of claim or interest for the claim or interest to be allowed, except as provided in Rules 1019(3), 3003, 3004, and 3005. A lien that secures a claim against a debtor is not void due only to the failure of any entity to file a proof of claim.

Fed.R.Bankr. 3002(c) provides for the filing of a proof of claim 70 days after the order for relief.

11 U.S.C. Section 502(a) provides that a claim is deemed allowed unless a party in interest objects.

11 U.S.C. Section 704(a)(5) provides if a purpose would be served, [Trustee shall] examine proofs of claims and object to the allowance of any claim that is improper.

FEDERAL NATIONAL MORTGAGE ASSOCIATION filed a claim on March 16, 2018. The claim was due November 27, 2017.

The Trustee does not believe a purpose would be served by objecting to the claim.

In the future - Creditor should file its claim by the 70 day deadline of Fed.R.Bankr.P 3002(a).

**Trustee will pay this claim unless an objection is filed by Debtor(s)' Counsel or other creditor within 21 days.**

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

PAGE 3 - CHAPTER 13 CASE NO. 17-12464

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Intentions to Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on May 11, 2018 addressed to:

Debtor(s):
DEBORAH A WILLIAMS
248 BAXTER AVENUE
CINCINNATI, OH  45220


FEDERAL NATIONAL
MORTGAGE ASSN.
% SETERUS, INC.
P.O. BOX 1047
HARTFORD, CT 06143


/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.