**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: June 17, 2019**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| In Re: | Case No. 17-12464 |
| Deborah A Williams | Chapter 13 |
| Debtor | Judge Beth A. Buchanan |

### AGREED ORDER CONCERNING NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES, doc. 165

This matter having come on before the Court upon the Notice of Postpetition Mortgage Fees, Expenses and Charges, doc. 165, filed herein by the secured creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust ("Creditor") and it appearing to the Court that the parties have agreed to a course of action which will allow for payment of the Notice.  The parties agree as follows:

1. The parties acknowledge that Creditor has filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges, doc. 165, on June 13, 2019 in the amount of $1,556.16 representing post-petition disbursements for taxes and insurances advances.

2. The full and total amount of $1,556.16 shall be paid by the Chapter 13 Trustee as a Class 2 Claim with no interest.

SO ORDERED.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Fax: 513.438.1311
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ Eric W Goering
Per written authorization
Eric W Goering
220 West Third Street
Third Floor
Cincinnati, OH 45202
(513) 621-0912
Email: eric@goering-law.com
Attorney for Debtor

/s/ Frank DiCesare, Staff Attorney
Per written authorization
Margaret A Burks (0030377)
600 Vine Street, Suite 2200
Cincinnati, OH 45202
Phone: (513) 621-4488
Fax: (513) 621-2643
Email: cincinnati@cinn13.org
Chapter 13 Trustee

COPIES TO:

Default List